ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Turner Construction Company | ) ASBCA Nos. 61055-ADR, 61265-ADR |
| | ) 62239-ADR |
| | ) |
| Under Contract No. W912PL-12-C-0005 | ) |

APPEARANCES FOR THE APPELLANT:    Robert J. Symon, Esq.
Amy Garber, Esq.
   Bradley Arant Boult Cummings LLP
   Washington, D.C.

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
   Engineer Chief Trial Attorney
Sarah L. Hinkle, Esq.
James A. Wallace, Esq.
Kathryn G. Morris, Esq.
Matthew Tilghman, Esq.
Traci N. Cunningham, Esq.
   Engineer Trial Attorneys
   U.S. Army Engineer District, Middle East
   Winchester, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  September 2, 2021

_____
STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61055-ADR, 61265-ADR, 62239-ADR, Appeals of Turner Construction Company, rendered in conformance with the Board's Charter.

Dated:  September 3, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals